1036

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* VICTOR GRAZIANA, Defendant-Appellant.

(No. 58263; )

First District (3rd Division)—October 11, 1973.

PER CURIAM.
SCHWARTZ, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Susan Horn, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, William K. Hedrick, and Ronald Mendes, Assistant State's Attorneys, of counsel,) for the People.